# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANDRE WALKER** and **OPAL WALKER,**
Appellants,

v.

**U.S. BANK, N.A.,** As Trustee on Behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2,
**SILVERLAKES COMMUNITY ASSOCIATION, INC.** and
**SAPPHIRE BAY RECREATION ASSOCIATION, INC.,**
Appellees.

No. 4D18-1861

[May 30, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 17-011414.

Kendrick Almaguer and Emmanuel Charles of The Ticktin Law Group, Deerfield Beach, for appellants.

Katherine M. Joffe and Brian K. Hole of Holland & Knight LLP, Fort Lauderdale, for appellee U.S. Bank, N.A.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***